An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PEYMAN MASACHI, A/K/A PATRICK MASACHI, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>LUCKY BLUE 103, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Respondent. | No. 67432 |
| PEYMAN MASACH, A/K/A PATRICK MASACHI, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>LUCKY BLUE 103, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Respondent. | No. 67790 |

**FILED**

DEC 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEALS

On November 4, 2015, this court entered an order directing appellant to notify this court within 11 days if he did not wish to voluntarily dismiss these consolidated appeals, as indicated in the motion filed by his former attorney. Our order warned appellant that if he did not so notify this court, we would proceed with the dismissal of these consolidated appeals. To date, appellant has not provided this court with notice that he wishes to continue with these consolidated appeals. Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

15-38349

cc: Hon. Susan Scann, District Judge
Peyman Masachi
Holland & Hart LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A